B. INDIVIGLIO & SONS, a Copartnership Composed of BENJAMIN INDIVIGLIO, SAMUEL INDIVIGLIO, MARIO INDIVIGLIO and SERAFINO INDIVIGLIO, Respondents, v. LOUIS JOSEPH MICCIO and Others, Defendants, Impleaded with HEATING & PLUMBING FINANCE CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ALFRED W. COOPER and Others, Respondents, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

IDA H. WIND, Formerly Known as IDA HABERKORN, on Behalf of Herself and All Other Stockholders of the Defendant CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Similarly Situated, Plaintiff, Appellant, and BERDYE E. KRINSKY, Plaintiff, Intervenor, Appellant, DAVID GORFINKLE and BESS W. SCHAYE, Plaintiffs, Intervenors, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., and FLOYD L. CARLISLE, Respondents, Impleaded with Others, Defendants.— Orders and judgments unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, Appellant, v. ESTATE OF BRADISH JOHNSON, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO PETRELLO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

PEARL I. HOROWITZ, Respondent, v. MORRIS HOROWITZ, Appellant, and NEW YORK LIFE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs to the plaintiff-respondent against the defendant-appellant. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

AGNES MULVANY, Respondent, v. WILLIAM P. MORRIS, Individually and as Trustee of the Estate of ANNA G. VAN RIPER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HELEN B. RIDDER, Appellant, v. JOSEPH E. RIDDER and VICTOR F. RIDDER, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MORRIS HERMAN, Petitioner, for an Order under Article 78 of the Civil Practice Act, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

LAWRENCE TRIPALDI, an Infant, by JAMES TRIPALDI, His Guardian ad Litem, and JAMES TRIPALDI, Appellants, v. ANTONIO SENNO and 756 HOME STREET CORPORATION, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ